

**PRISONER CASE**



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

# Civil Cover Sheet

**Plaintiff(s):** DONYELL MAYHEW  **Defendant(s):** CITY OF CHICAGO, et al.

**County of Residence:** KNOX  **County of Residence:**

**Plaintiff's Address:**  **Defendant's Attorney:**

Donyell Mayhew
R-19346
HILL - HIL
P.O. Box 1700
Galesburg, IL 61401

**FILED**
JUL 2 2 2008
JUL 22, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Basis of Jurisdiction:**
☐ 1. U.S. Government Plaintiff
☑ 3. Federal Question (U.S. gov't. not a party)
☐ 2. U.S. Government Defendant
☐ 4. Diversity

**08CV4154
JUDGE KENNELLY
MAG. JUDGE SCHENKIER**

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:

Defendant:

**Origin:**
☑ 1. Original Proceeding
☐ 2. Removed From State Court
☐ 3. Remanded From Appellate Court
☐ 4. Reinstated or Reopened
☐ 5. Transferred From Other District
☐ 6. MultiDistrict Litigation
☐ 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 550 Civil Rights

**Cause of Action:** 42:1983pr

**Jury Demand:** ☑ Yes  ☐ No

**Signature:** M. Burke  **Date:** 7/22/08