

FILED
JU 22, 2008
JUL 2 2 2008 MP

10/10/2007

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN FORMA PAUPERIS APPLICATION
AND
FINANCIAL AFFIDAVIT

DoNyell MAyhew
Plaintiff

v.

City of chicago/chicago police
Department/chicago police officers
DANiel Gutierrez & John Dolan
Defendant(s)

08CV4154
JUDGE KENNELLY
MAG. JUDGE SCHENKIER

*Wherever ☐ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:*

I, DoNyell MAyhew _____, declare that I am the ☐plaintiff ☐petitioner ☐movant (other _____) in the above-entitled case. This affidavit constitutes my application ☐ to proceed without full prepayment of fees, or ☐ in support of my motion for appointment of counsel, or ☐ both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of this petition/application/motion/appeal, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?  ☒Yes  ☐No  (If "No," go to Question 2)
   I.D. #R19346 _____ Name of prison or jail: Hill I.D.O.C
   Do you receive any payment from the institution? ☒Yes ☐No  Monthly amount: $10.00

2. Are you currently employed?  ☐Yes  ☒No
   Monthly salary or wages: _____
   Name and address of employer: _____

   a. If the answer is "No":
      Date of last employment: 5-6-08
      Monthly salary or wages: $30.00 Monthly
      Name and address of last employer: Hill IDOC

   b. Are you married?  ☐Yes  ☒No
      Spouse's monthly salary or wages: _____
      Name and address of employer: _____

3. Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same residence received more than $200 from any of the following sources? *Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.*

   a. Salary or wages                                    ☐Yes  ☒No
      Amount _____ Received by _____

    b.    ☐ Business, ☐ profession or ☐ other self-employment    ☐Yes    ☑No
Amount_____ Received by_____

    c.    ☐ Rent payments, ☐ interest or ☐ dividends    ☐Yes    ☑No
Amount_____ Received by_____

    d.    ☐ Pensions, ☐ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers' compensation, ☐ unemployment, ☐ welfare, ☐ alimony or maintenance or ☐ child support
                                                                                                                ☐Yes    ☑No
Amount_____ Received by_____

    e.    ☑ Gifts or ☐ inheritances    ☑Yes    ☐No
Amount $50.00 Received by Donyell Mayhew

    f.    ☐Any other sources (state source: Hill IDOC )    ☑Yes    ☐No
Amount $10.00 Received by Donyell Mayhew

4. Do you or anyone else living at the same residence have more than $200 in cash or checking or savings accounts?    ☐Yes    ☑No    Total amount:_____
In whose name held:_____ Relationship to you:_____

5. Do you or anyone else living at the same residence own any stocks, bonds, securities or other financial instruments?    ☐Yes    ☑No
Property:_____ Current Value:_____
In whose name held:_____ Relationship to you:_____

6. Do you or anyone else living at the same residence own any real estate (houses, apartments, condominiums, cooperatives, two-flats, three-flats, etc.)?    ☐Yes    ☑No
Address of property:_____
Type of property:_____ Current value:_____
In whose name held:_____ Relationship to you:_____
Amount of monthly mortgage or loan payments:_____
Name of person making payments:_____

7. Do you or anyone else living at the same residence own any automobiles, boats, trailers, mobile homes or other items of personal property with a current market value of more than $1000?
                                                                                                             ☐Yes    ☑No
Property:_____
Current value:_____
In whose name held:_____ Relationship to you:_____

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute monthly to their support. If none, check here ☑No dependents
_____
_____

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: _____

_____
Signature of Applicant

Donyell MAyhew
(Print Name)

---

**NOTICE TO PRISONERS:** <u>A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts.</u> Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account--prepared by <u>each institution</u> where you have been in custody during that six-month period--and you must also have the Certificate below completed by an authorized officer at each institution.

**CERTIFICATE**
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein, Donyell MAyhew, I.D.# R-19346, has the sum of $7.83 on account to his/her credit at (name of institution) H.20 C.C.

I further certify that the applicant has the following securities to his/her credit: NONE. I further [certify that during] the past six months the applicant's average monthly deposit was $50.22.

(Add all deposits from all sources and then <u>divide</u> by number of months).

```
 0 . *
45.00 +
20.00 +
28.80 +
28.80 +
40.00 +
28.80 +
28.80 +
 6.45 +
20.00 +
45.00 +
 9.67 +
301.320

301.32 ÷
    6 =
50.22 *

 0 . *
```

_____
SIGNATURE OF AUTHORIZED OFFICER

Cheryl Aplin
(Print name)

-3-

Date: 6/19/2008
Time: 1:53pm
d_list_inmate_trans_statement_composite

Case 1:08-cv-04154    Document 3    Filed 07/22/2008    Page 4 of 4

Hill Correctional Center
Trust Fund
View Transactions

Page 1

**Inmate:** R19346 Mayhew, Donyell

**Housing Unit:** HIL-R2-A -65

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---:|---:|
| | | | | | Beginning Balance: | | 18.28 |
| 12/27/07 | Point of Sale | 60 Commissary | 361722 | 417964 | Commissary | -17.81 | .47 |
| 01/08/08 | Mail Room | 01 MO/Checks (Not Held) | 008215 | 867584 | Mayhew, Bernice | 45.00 | 45.47 |
| 01/10/08 | Mail Room | 01 MO/Checks (Not Held) | 010215 | 2420659 | Smith, Barbara | 20.00 | 65.47 |
| 01/11/08 | Point of Sale | 60 Commissary | 011721 | 419191 | Commissary | -38.72 | 26.75 |
| 01/11/08 | Payroll | 20 Payroll Adjustment | 011179 | | P/R month of 12/2007 | 28.80 | 55.55 |
| 01/24/08 | Point of Sale | 60 Commissary | 024705 | 420438 | Commissary | -55.38 | .17 |
| 02/15/08 | Payroll | 20 Payroll Adjustment | 046179 | | P/R month of 01/2008 | 28.80 | 28.97 |
| 02/21/08 | Point of Sale | 60 Commissary | 052724 | 421840 | Commissary | -28.90 | .07 |
| 02/27/08 | Mail Room | 01 MO/Checks (Not Held) | 058215 | 11164754711 | Mayhew, Bernice | 40.00 | 40.07 |
| 03/05/08 | Point of Sale | 60 Commissary | 065721 | 423306 | Commissary | -39.94 | .13 |
| 03/12/08 | Payroll | 20 Payroll Adjustment | 072179 | | P/R month of 02/2008 | 28.80 | 28.93 |
| 03/18/08 | Point of Sale | 60 Commissary | 078705 | 424504 | Commissary | -28.04 | .89 |
| 04/09/08 | Payroll | 20 Payroll Adjustment | 100179 | | P/R month of 03/2008 | 28.80 | 29.69 |
| 05/05/08 | Point of Sale | 60 Commissary | 126705 | 427563 | Commissary | -26.01 | 3.68 |
| 05/09/08 | Payroll | 20 Payroll Adjustment | 130179 | | P/R month of 04/2008 | 6.45 | 10.13 |
| 05/13/08 | Mail Room | 01 MO/Checks (Not Held) | 134215 | 2433906 | Smith, Barbara | 20.00 | 30.13 |
| 05/19/08 | Point of Sale | 60 Commissary | 140724 | 429003 | Commissary | -29.63 | .50 |
| 05/30/08 | Mail Room | 01 MO/Checks (Not Held) | 151215 | 11164764418 | Mayhew, Bernice | 45.00 | 45.50 |
| 06/05/08 | Point of Sale | 60 Commissary | 157721 | 430378 | Commissary | -45.34 | .16 |
| 06/13/08 | Payroll | 20 Payroll Adjustment | 165179 | | P/R month of 05/2008 | 9.67 | 9.83 |
| 06/17/08 | Disbursements | 90 Medical Co-Pay | 169363 | Chk #97414 | 06-16-08, DOC: 523 Fund Inmate, Inv. Date: 06/16/2008 | -2.00 | 7.83 |

| | |
|---|---:|
| Total Inmate Funds: | 7.83 |
| Less Funds Held For Orders: | .00 |
| Less Funds Restricted: | .00 |
| Funds Available: | 7.83 |
| Total Furloughs: | .00 |
| Total Voluntary Restitutions: | .00 |