FILED
Jul 22, 2008
JUL 2 2 2008 mb
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Plaintiff(s) Donyell MAYHEW

v.

Defendant(s) Chicago Police officer Daniel Gutierrez
Chicago Police officer John Dolan

08CV4154
JUDGE KENNELLY
MAG. JUDGE SCHENKIER

## MOTION FOR APPOINTMENT OF COUNSEL

[NOTE: Failure to complete all items in this form may result in the denial of the motion for appointment of counsel]

1. I, Donyell Mayhew, declare that I am the (check appropriate box)
   [✓] plaintiff    [ ] defendant in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding: I have contacted NewMoveST attorneys to represent me in This case pro Bono No one contacted me also in support of my motion the complexity of federal civil law The difficulty in conducting discovery while incarcerated, lack of education That might impair my ability to prepare a legal claim or Time factors which would prevent me from adequately preparing this case

3. In further support of my motion, I declare that (check appropriate box):

   [✓] I am not currently, nor previously have been, represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.

   [ ] I am currently, or previously have been, represented by an attorney appointed by the Court in the proceeding(s) described on the back of this page.

4. In further support of my motion, I declare that (check appropriate box):

   [✓] I have attached an original Application for Leave to Proceed *In Forma Pauperis* in the proceeding detailing my financial status.

   [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding, and it is a true and correct representation of my financial status.

   [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding. However, my financial status has changed and I have attached an Amended Application to Proceed *In Forma Pauperis* to reflect my current financial status.

5. I declare under penalty that the foregoing is true and correct.

_____
Movant's Signature

_____
Date

Po Box 1700 ~~Galesburg IL 61401~~
Street Address

Galesburg IL 61401
City, State, ZIP

As indicated in paragraph three on the preceding page, I am currently, or previously have been, represented by an attorney appointed by this Court in the civil or criminal actions listed below.

Assigned Judge: _____N/A_____ Case Number:_____

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box ☐

Assigned Judge: _____N/A_____ Case Number:_____

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box ☐

Assigned Judge: _____N/A_____ Case Number:_____

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box ☐

Assigned Judge: _____N/A_____ Case Number:_____

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box ☐