UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED
JUL 22, 2008
JUL 2 2 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Donyell Mayhew

CDY

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

City of Chicago/Chicago
Police officer Daniel Gutierrez
City of Chicago/Chicago
Police officer John Dolan

08CV4154
JUDGE KENNELLY
MAG. JUDGE SCHENKIER

(Enter above the full name of ALL
defendants in this action. <u>Do not</u>
use "et al.")

**CHECK ONE ONLY:**

✓   **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
    U.S. Code (state, county, or municipal defendants)

____    **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
    28 SECTION 1331** U.S. Code (federal defendants)

____    **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**

   A. Name: Donyell Mayhew

   B. List all aliases: _____

   C. Prisoner identification number: R19346

   D. Place of present confinement: Hill IDOC

   E. Address: P.O Box 1700 Galesburg IL 61401

   (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
   (In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

   A. Defendant: John Dolan

      Title: Police officer

      Place of Employment: 3340 W Fillmore

   B. Defendant: Daniel Gutierrez

      Title: Police officer

      Place of Employment: 3340 W Fillmore

   C. Defendant: _____

      Title: _____

      Place of Employment: _____

   (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

   A. Name of case and docket number: Donyell Mayhew vs City of chicago 07 C 1701

   B. Approximate date of filing lawsuit: 3-27-07

   C. List all plaintiffs (if you had co-plaintiffs), including any aliases: N/A

   D. List all defendants: Chicago police officer John Dolan / Chicago Police officer Daniel Gutierrez

   E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): United States District court Northern District of Illinois

   F. Name of judge to whom case was assigned: Samuel Der-yeghiayan

   G. Basic claim made: N/A

   H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Civil case Terminated

   I. Approximate date of disposition: 5-4-07

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

IV.   **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On 9-27-06 I Donyell Mayhew was the victim of police brutaily by the Chicago police. At about 3:10 PM at the location of 209 North Kolmar first floor right side. The police officers entered the apartment by force. Confronted me with an order to lay on the floor with my hands on top of the head which I did what he asked. Then, the officer placed his handscuffs on my wrist behind my back. The officer frisked me while I'm on the floor the officer kicked me in the head by that time the apartment is full with plain clothes police officers. (This all took place in the washroom) They surrounded me stood me up on my feet the officer on my left side hit me with his fist in the jaw then the officer on the right side hit me with his fist in my right eye about five or six times at the same time the two officers who stood in front of me started hitting me together in the chest and stomach this lasted about two or three minutes by then I'm slumped over bleeding and on the brink of vomiting. The first officer who gave me the order to lay on the floor he hit me in the middle of the back with the handle of his gun. Now I'm back on the floor the same officer grabed me by the neck took me over to the washtub turned on the water

and another officer told him to stop so he snatched a red bath towel from the shower wet the towel and wiped my face off then took me in the front room pushed me on the floor and kept me there until they were ready to leave. When we got to the police station a officer ripped my bloody Tee-shirt off then took me to another police station and the police aids at that station told the officers that brought me in to take me back out to a hospital. They took me to loretto hospital (please note these are the same officers who attacked me). The Doctor gave me something to eat gave me some pills and gauze for my right eye and lip to stop it from bleeding they took me back to the police station where I got finger printed and got a mug shot stayed at the lock-up with no phone call for a few days then they took me to the cook county jail there they didn't want to enter the sheriff officer told me that I had to have pictures taken because they didn't want to be responsible for what happened to me. So, they sent a photographer to take pictures of me then I got booked in the cook county jail and been there since.

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

That the court award general damages to plaintiff
That the court award punitive damages to plaintiff
That the court grant such other further relief to plaintiff as
it Deems appropriate

VI. The plaintiff demands that the case be tried by a jury.  ☒ YES   ☐ NO

### CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this __7__ day of __15__, 20_08_

_Donyell Mayhew_ (signature)
(Signature of plaintiff or plaintiffs)

Donyell Mayhew
(Print name)

R19346
(I.D. Number)

P.O. Box 1700 Galesburg IL 61401
(Address)