# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 4154 | **DATE** | 8/1/2008 |
| **CASE TITLE** | Mayhew vs. City of Chicago | | |

**DOCKET ENTRY TEXT**

The Court directs the U.S. Marshal to defer service of summons at this time, pending the possible filing of an amended complaint. Appointed counsel is directed to file an amended complaint on or before 9/4/08. The case is set for a status hearing on 9/11/08 at 9:30 a.m. The Clerk is directed to send a copy of this order to the U.S. Marshal.

Docketing to mail notices.

| | Courtroom Deputy Initials: | mk |
|---|---|---|