UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DONYELL MAYHEW, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08 C 4154 |
| | ) | |
| CITY OF CHICAGO, et al., | ) | Judge Matthew F. Kennelly |
| | ) | |
| Defendants. | ) | |

## MOTION TO WITHDRAW AS COURT APPOINTED COUNSEL

NOW COMES the undersigned, Victoria R. Benson, on her motion to withdraw as court appointed counsel for MAYHEW, and in support thereof hereby state as follows:

1.    On July 28, 2008, the undersigned received an order from this Honorable Court appointing the undersigned to represent DONYELL MAYHEW in the above litigation. (Attached hereto and made a part hereof as Exhibit "A" is a true and correct copy of said docket entry.)

2.    The docket entry suggests that the Complaint by the plaintiff has been brought against two officers affiliated with the Chicago Police Department who allegedly violated DONYELL MAYHEW's civil rights.

3.    The undersigned attorney has represented the City of Chicago, including several officers of the Chicago Police Department, including Rondell Freeman, et al., v. City of Chicago, et al., Case No. 03 C 2908; Omar Aguirre v. City of Chicago, et al., Case No. 03 L 4065; and Antonio Parker v. City of Chicago, et al., Case No. 04 C 2727.

4.    The undersigned's representation of the City of Chicago and officers of the Chicago Police Department dealt with claims of civil rights violations, including the policies of the Chicago Police Department addressing the use of excessive force.

5.     Because of the undersigned's representation of the City of Chicago and various officers of the Chicago Police Department, representation of a plaintiff against two officers of the City of Chicago could create a conflict.

WHEREFORE, the undersigned respectfully requests this Honorable Court allow  the undersigned to withdraw the Court appointed representation of DONYELL MAYHEW in the above captioned litigation, and for such other and further relief as this Court deems just and proper.

Respectfully Submitted,

/s/ Victoria R. Benson

Victoria R. Benson
ARDC No. 6282508
CUISINIER, FARAHVAR & BENSON, LTD.
120 North LaSalle Street, Suite 1150
Chicago, Illinois 60602
(312) 624-9865

Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | MATTHEW F. KENNELLY | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 4154 | **DATE** | July 25, 2008 |
| **CASE TITLE** | Donyell Mayhew (#R-19346) vs. City of Chicago, et al. | | |

**DOCKET ENTRY TEXT:**

Plaintiff's motion for leave to proceed *in forma pauperis* [#3] is granted. The Court orders the trust fund officer at Plaintiff's place of incarceration to deduct $10.04 from Plaintiff's account for payment to the Clerk of Court as an initial partial filing fee, and to continue making monthly deductions in accordance with this order. The Clerk shall send a copy of this order to the trust fund officer at the Hill Correctional Center. The Clerk is directed to issue summonses for service on Defendants by the U.S. Marshal. Victoria R. Benson, Cuisinier, Farahvar & Benson, Ltd., 222 N. LaSalle Street, Suite 2150, Chicago, Illinois 60615, (312) 201-8880 is appointed to represent Plaintiff in accordance with counsel's trial bar obligations under the District Court's Local Rule 83.37 (N.D. Ill.).

■ [For further details see text below.]                              Docketing to mail notices.

---

## STATEMENT

    Plaintiff, a state prisoner, has brought this *pro se* civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff claims that Defendants, two Chicago police officers, violated Plaintiff's constitutional rights by using unjustified force against him.

    Plaintiff's motion for leave to proceed *in forma pauperis* is granted. Pursuant to 28 U.S.C. § 1915(b)(1), Plaintiff is assessed an initial partial filing fee of $10.04. The trust fund officer at Plaintiff's place of incarceration is authorized and ordered to collect the partial filing fee from Plaintiff's trust fund account and pay it directly to the Clerk of Court. After payment of the initial partial filing fee, Plaintiff's trust fund officer is directed to collect monthly payments from Plaintiff's trust fund account in an amount equal to 20% of the preceding month's income credited to the account. Monthly payments shall be forwarded to the Clerk of Court each time the amount in the account exceeds $10 until the full $350 filing fee is paid. All payments shall be sent to the Clerk, United States District Court, 219 S. Dearborn St., Chicago, Illinois 60604, attn: Cashier's Desk, 20th Floor, and shall clearly identify Plaintiff's name and this case number. This payment obligation will follow Plaintiff wherever he may be transferred.

    Under 28 U.S.C. § 1915A, the Court is required to conduct a prompt threshold review of the complaint. Here, accepting Plaintiff's allegations as true, the Court finds that Plaintiff has articulated a colorable federal **(CONTINUED)**

mim



EXHIBIT
A

Case 1:08-cv-04154   Document 6   Filed 07/25/2008   Page 2 of 2

**STATEMENT (continued)**

cause of action. Police officers may use only "reasonable" force when effecting an arrest. *See, e.g., Smith v. City of Chicago*, 242 F.3d 737, 743 (7th Cir. 2001). While a more fully developed record may belie Plaintiff's allegations, Defendants must respond to the complaint.

The Clerk shall issue summonses forthwith and send Plaintiff a Magistrate Judge Consent Form along with a copy of this order. The United States Marshals Service is appointed to serve Defendants. Any service forms necessary for Plaintiff to complete will be sent by the Marshal as appropriate to serve Defendants with process. The U.S. Marshal is directed to make all reasonable efforts to serve Defendants. If either Defendant can no longer be found at the work address provided by Plaintiff, the Chicago Police Department shall furnish the Marshal with Defendant's last-known address. The information shall be used only for purposes of effectuating service [or for proof of service, should a dispute arise] and any documentation of the address shall be retained only by the Marshal. Address information shall not be maintained in the Court file, nor disclosed by the Marshal. The Marshal is authorized to mail a request for waiver of service to Defendants in the manner prescribed by Fed. R. Civ. P. 4(d)(2) before attempting personal service.

Plaintiff's motion for appointment of counsel is granted. Victoria R. Benson / Cuisinier, Farahvar & Benson, Ltd. / 222 N. LaSalle Street, Suite 2150 / Chicago, Illinois 60615 / (312) 201-8880 is appointed to represent Plaintiff in accordance with counsel's trial bar obligations under the District Court's Local Rule 83.37 (N.D. Ill.).