UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DONYELL MAYHEW, | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) No. 08 C 4154 ) |
| CITY OF CHICAGO, et al., | ) Judge Matthew F. Kennelly ) |
| Defendants. | ) ) |

## NOTICE OF MOTION

TO:   Donyell Mayhew
      ID No. R19346
      P.O. Box 1700
      Galesburg, Illinois 61401

On the **11th day of September, 2008, at 9:30 A.M.**, or as soon thereafter as counsel may be heard, I shall appear before **the Honorable Matthew F. Kennelly,** or any judge sitting in his stead, in the Courtroom usually occupied by him in Room 2103 of the U.S. District Court, Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois and then and there present **MOTION TO WITHDRAW AS COURT APPOINTED COUNSEL.**

/s/ Victoria R. Benson

Victoria Benson
CUISINIER, FARAHVAR & BENSON, LTD
120 North LaSalle Street, Suite 1150
Chicago, Illinois 60602
(312) 624-9865

## PROOF OF SERVICE

The undersigned being first duly sworn on oath, deposes and states that she served the above and foregoing Notice, together with copies of the pleadings therein referred to, upon each party to whom it is directed, in a properly addressed, postage prepaid envelope, by depositing same in the U. S. mail located at 120 N. LaSalle St., Chicago, Illinois at or about 5:00 p.m. on this **4th day of September, 2008.**

/s/ Victoria R. Benson

[x]   Under penalties as provided by law pursuant to Ill.Rev.Stat. Chap. 110 Sec. 1-109, I certify that the statements set forth herein are true and correct.

/s/ Victoria R. Benson